United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BOYLE,<br><br>    Defendant._____/ | No. C 12-03559 CRB<br><br>**ORDER OF *SUA SPONTE* REFERRAL AS TO WHETHER CASES ARE RELATED** |

    Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the earliest-filed case with a request that the Judge assigned to the earliest-filed case consider whether the cases are related."

    In reviewing the papers in connection with the Application to Proceed in Forma Pauperis (dkt. 3), it has come to the Court's attention that this action might be related to Clark v. Deutsche Bank National Trust Company. Case No. 10-4481 RS. Compare Case No. 12-3559 Compl. (dkt. 1) at 4 ("The evidence shows that OneWest used some of said reportedly falsified documents to rationalize but not justify an alleged foreclosure of the Subject Premises at 1674 Pleasant Hill Road, Pleasant Hill, Contra Costa County, California.") with Case No. 10-4481 Compl. (dkt. 1) at 2 ("Deutsche filed Unlawful Detainer . . . Deutsche's goal is to rid the property at 1674 Pleasant Hill Road in Pleasant Hill, Contra

1  Costa County, California . . . of the resident owner.").

2  Accordingly, pursuant to Rule 3-12(c), this action is REFERRED to the Honorable
3  Judge Richard Seeborg for a determination of whether this action is related to <u>Clark v.</u>
4  <u>Deutsche Bank National Trust Company</u>. Case No. 10-4481 RS.

5  **IT IS SO ORDERED.**

7  Dated: August 17, 2012                   CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE