**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER CLARK,<br><br>            Plaintiff,<br>   v.<br><br>CHARLES BOYLE, et al.,<br><br>            Defendants<br>_____/ | No. C 12-3559 RS<br><br>**ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Based on the representations of plaintiff that he is attempting diligently to retain counsel, the deadline to file any amended complaint is extended to July 31, 2013.  The initial case management conference is continued to August 22, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  4/29/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE