**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11

12  PETER CLARK,                          No. C 12-3559 RS

13              Plaintiff,
        v.
                                          **ORDER EXTENDING DEADLINE TO**
14                                        **FILE AMENDED COMPLAINT AND**
                                          **CONTINUING CASE MANAGEMENT**
15  CHARLES BOYLE, et al.,                **CONFERENCE**

16              Defendants
    _____/
17

18        Plaintiff previously has requested and been given multiple extensions to file an amended

19  complaint.  His most recent extension expired on July 31, 2013.  Although he failed to comply with

20  that deadline or to seek relief prior to its expiration, plaintiff has now filed a case management

21  conference statement in which he asserts he is still attempting to obtain counsel, and he requests

22  additional time to do so.

23        The deadline for filing any amended complaint is hereby extended to September 30, 2013.

24  Unless an amended complaint is filed by that date, either by counsel or by plaintiff *in pro se*, the

25  case will be dismissed without further notice.   The Case Management Conference is continued to

26  October 31, 2013.

27

28

United States District Court

For the Northern District of California

1   IT IS SO ORDERED.

2

3   Dated:  8/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28