IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER CLARK, | No. C 12-3559 RS |
| Plaintiff, | |
| v. | **CONTINUANCE OF ORDER TO SHOW CAUSE** |
| CHARLES BOYLE, et al., | |
| Defendants | |

*Pro se* plaintiff Peter Clark was ordered to show cause why this action should not be dismissed without prejudice for failure to prosecute. In response, Clark listed health, financial, and other difficulties he has encountered, and explained that he continues to seek counsel to represent him. Clark requested additional time.

This case, originally filed in 2012, has yet to progress to service of the complaint, and it cannot be delayed indefinitely without causing potential prejudice to any defendants that may eventually be called on to respond to the action. Accordingly, while one further continuance will be granted, Clark shall file a declaration no later than June 6, 2014, not to exceed 15 pages, showing cause, if any, why this action should not be dismissed without prejudice for failure to prosecute. If no filing is made, the action will be dismissed without further notice.

1   IT IS SO ORDERED.

3   Dated: 4/30/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE