UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CARSON CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES BOYLE, et al.,<br><br>    Defendants. | Case No. 12-cv-03559-RS<br><br>**ORDER DISMISSING ACTION** |

By order entered July 30, 2014, plaintiff was advised that this action would be dismissed for lack of prosecution, without further notice, absent a response from him prior to August 22, 2014. That deadline having passed without response, this action is hereby dismissed.

**IT IS SO ORDERED**.

Dated: October 1, 2014

_____
RICHARD SEEBORG
United States District Judge